IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CR-215-RJC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| PARIS J. TAYLOR, | ) |  |
|  | ) |  |
| **Defendant.** | ) |  |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal Sentencing Memorandum" (Document No. 142) filed June 20, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Sentencing Memorandum contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal Sentencing Memorandum" (Document No. 142) is **GRANTED**, and Defendant's "Sentencing Memorandum" (Document No. 141) is sealed until further Order of this Court.

**SO ORDERED**.

Signed: June 25, 2018

David C. Keesler
United States Magistrate Judge

1