IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00215-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PARIS JONTUE TAYLOR (4) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government to correct a "clerical error" in the Judgment pursuant to Federal Rule of Criminal Procedure 36. (Doc. No. 158).

According to the motion, the Judgment should not have listed Cedric Clark, (Case No. 3:16-cr-316), as jointly and severally liable with Paris Taylor for restitution because he was allegedly part of a different fraudulent scheme. (Id. at 1). However, the government did not object to the Presentence Report listing Clark's case as related to Taylor's. (Doc. No. 103 at 1). The government also did not object when the Court orally announced on April 26, 2018, at Taylor's sentencing hearing that Clark would be jointly and severally liable her. Finally, the government did not move to correct the Judgment, (Doc. No. 146), for clear error within 14 days of its issuance on July 11, 2018. Accordingly, any error in the Judgment cannot fairly be described as "clerical," but rather substantive, barring relief under Rule 36. United States v. Vanderhorst, 927 F.3d 824, 828 (4th Cir. 2019).

**IT IS, THEREFORE, ORDERED** that the government's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Probation Office, and the United States Marshals Service.

Signed: May 18, 2020

Robert J. Conrad, Jr.
United States District Judge

SEALED DOCUMENT with access to Specified Parties/Defendants.