IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00215-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PARIS JONTUE TAYLOR (4) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release, (Doc. No. 162), related motions, (Doc. Nos. 168, 169), and the government's response in opposition, (Doc. No. 165). However, the defendant has been released from custody. See https://www.bop.gov/inmateloc/

**IT IS, THEREFORE, ORDERED** that the defendant's motions related to compassionate release, (Doc. Nos. 162, 168, 169), are **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: September 28, 2023

Robert J. Conrad, Jr.
United States District Judge